UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

**JOSE LUIS AMAYA AYALA**

        v.                                      Civil No. 25-cv-487-JL-TSM

**SUPERINTENDENT**, STRAFFORD COUNTY
    DEPARTMENT OF CORRECTIONS;
**DIRECTOR,** U.S. IMMIGRATION AND
    CUSTOMS ENFORCEMENT, BOSTON
    FIELD OFFICE, ET AL.[1]

## O R D E R

Petitioner, a civil immigration detainee, filed this Petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), asserting claims of unlawful detention in violation of his federal rights. The matter is before this court to determine whether the claims in the Petition are not facially invalid and may proceed. <u>See</u> Rule 4 of the Rules Governing Section 2254 Cases ("§ 2254 Rules"); <u>see also</u> § 2254 Rule 1(b); LR 4.3(d)(4).

Petitioner resides in Connecticut. ICE agents arrested him on November 18, 2025. He is currently at the Strafford County Department of Corrections ("SCDC"), in immigration custody. Petitioner claims an entitlement to a bond hearing under 8 U.S.C. § 1226(a), but asserts that immigration authorities have predetermined that he is ineligible for a bond hearing. The facts alleged in the Petition suggest that Petitioner may be a member of the class certified in Guerrero Orellana v. Moniz, No. 25-CV-12664-PBS, 2025 WL 3033769, at *14 (D. Mass. Oct. 30, 2025), as to which relief has not yet been granted or denied.

---

[1] The Petition lists additional federal officers in their official capacities as respondents. The court declines to direct service upon those officers at this time.

Petitioner asserts that his arrest and continued detention without possibility of release on bond violate his rights under 8 U.S.C. § 1226(a) and the Fifth Amendment Due Process Clause. He seeks an order prohibiting his transfer outside of New Hampshire, a bond hearing, and immediate release upon conditions deemed proper by this court.

The claims in the Petition do not appear to be invalid. Accordingly, the Clerk's office shall:

- Immediately provide a copy of this Order to the Civil Bureau Chief of the Office of the U.S. Attorney for the District of New Hampshire;

- Deliver a copy of the Petition and this Order to the Office of the U.S. Attorney for the District of New Hampshire, to the attention of the Civil Process Clerk;

- Provide the same documents to the U.S. Marshals Service for service upon the SCDC Superintendent, pursuant to Fed. R. Civ. P. 4(j)(2); and

- Send copies of the Petition and this Order by certified mail to:

    - **Director**, U.S. Immigration and Customs Enforcement Boston Field Office, 1000 District Ave., Burlington, MA 01803;

    - **U.S. Attorney General**, 950 Pennsylvania Ave. NW, Washington, D.C. 20530.

The Federal Respondents must file an answer or dispositive motion in response to the petition (Doc. No. 1) by December 8, 2025. If any respondent files a dispositive motion in lieu of an answer, that respondent's deadline for filing an answer is extended until fourteen days after the court rules on the dispositive motion. No more than fourteen days after the answer is filed, respondents shall file either a motion for summary judgment, or a statement representing that an evidentiary hearing is necessary.

The SCDC Superintendent must file an appearance in this matter within fourteen (14) days of service upon him. The SCDC Superintendent is not required to file an answer, dispositive motion, or other response to the petition until further court order.

Any party may request a status conference at any time, including before service on Respondents is complete.

Respondents shall provide this court with at least 72 hours of advance notice of any scheduled removal or transfer of Petitioner out of this court's jurisdiction. Such notice shall be filed in writing on the docket of this proceeding and shall state the reasons for such action and why the move should not be stayed pending further court proceedings. Notice of Petitioner's release from custody may be provided after the fact.

SO ORDERED.

_____
Talesha L. Saint-Marc
United States Magistrate Judge

November 26, 2025

cc:  **Daniel Lloyd Hutchinson , Sr.**, Esq.