UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Jose Luis Amaya Ayala</u>

     v.                                      Case No. 1:25-cv-487-JL-TSM

<u>Christopher Brackett, et al.</u>

## SUMMARY SHOW CAUSE ORDER

       On December 19, 2025, the United States District Court for the District of Massachusetts certified a class of certain immigration detainees and issued declaratory relief that "members of the certified class are subject to detention under 8 U.S.C. § 1226(a), including access to consideration for release on bond and/or conditions before immigration officers and Immigration Judges." *Guerrero Orellana v. Moniz*, No. 25-CV-12664-PBS, 2025 WL 3687757, at *10 (D. Mass. Dec. 19, 2025). The United States District Court for the Central District of California has also recently certified a nationwide "bond eligible" class and issued declaratory relief that class members are entitled to the statutory protections of § 1226(a), including a bond hearing. *Maldonado Bautista v. Santacruz*, 2025 WL 3288403, at *9 (C.D. Cal. Nov. 25, 2025) (extending summary judgment to class); *Maldonado Bautista v. Santacruz*, 2025 WL 3289861, at *11 (C.D. Cal. Nov. 20, 2025) (summary judgment).

       ***Show cause order.*** In light of these decisions, the respondents are directed to show cause in writing on or before **December 29, 2025,** why the court should not issue an order requiring the respondents to afford the petitioner with a bond hearing under 8 U.S.C. § 1226(a) within ten days. Alternatively, written verification that petitioner has received, or is scheduled to receive on a date certain, a bond hearing, shall constitute compliance with this order.

       ***Notice of transfer.*** While this case remains pending, the petitioner shall not be transferred outside the District of New Hampshire or outside the jurisdiction of the United States unless the government provides advance notice of the intended move. Such notice shall be filed in writing on the docket of this proceeding, and shall state the reason for the necessity of such action and why the move should not be stayed pending further court proceedings. Once that notice has been docketed,

the petitioner shall not be moved out of the district of his detention for a period of at least 72 hours from that docketing.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Dated: December 22, 2025

cc: Counsel of Record

2