UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Jose Luis Amaya Ayala</u>

     v.                            Civil No. 25-cv-487-JL-TSM

<u>Chris Brackett, et al.</u>

## SUMMARY ORDER FOR BOND HEARING

      The court has reviewed the Response to the Summary Show Cause Order (doc. no. 13). Based on the Respondents' concession that the court's order in *Pablo Loja Lema v. FCI Berlin, Warden, et al.*, Civil No. 1:25 cv-386-JL, ECF No. 14 at 4-5 (D.N.H. Nov. 11, 2025), "appears to control the result in this case," the court orders the Respondents to provide the Petitioner with a bond hearing before a New England-based Immigration Judge as soon as practicable. Counsel shall confer and, on or before **January 6, 2026**, file a stipulation addressing the timing of the Petitioner's court-ordered bond hearing, and of the result of any such bond hearing if and when it occurs.

**SO ORDERED.**

                                                                  _____
                                                                  Joseph N. Laplante
                                                                  United States District Judge

Dated: December 30, 2025

cc:     Counsel of Record