UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Jose Amaya Ayala</u>

    v.                                                  Case No. 25-cv-487-JL-TSM

<u>Strafford County Department of</u>
<u>Corrections, Superintendent, et al.</u>

## JUDGMENT

In accordance with the Summary Order for Bond Hearing by District Judge Joseph N. Laplante dated December 30, 2025, and the Notice of Voluntary Dismissal as to Habeas Corpus filed on January 9, 2026, judgment is hereby entered.

By the Court:

_/s/ Tracy A. Uhrin_
Tracy A. Uhrin
Clerk of Court

Date: January 12, 2026

cc:   Counsel of Record